# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| FASAAD BOSKIE, | No. 4:19-CV-01369 |
|---|---|
| Plaintiff. | (Judge Brann) |
| v. | |
| NANCY THOMAS, *et al.*, | |
| Defendants. | |

## ORDER

### SEPTEMBER 3, 2019

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Fasaad Boskie's motion to proceed *in forma pauperis* (Doc. 2) is **GRANTED**;

2. Boskie's complaint (Doc. 1) is **DISMISSED** without prejudice; and

3. Boskie may, within 30 days of the date of this Order, file an amended complaint that addresses the deficiencies identified in the Court's accompanying Memorandum Opinion.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge