IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FASAAD BOSKIE, | No. 4:19-CV-01369 |
| Plaintiff, | (Judge Brann) |
| v. | |
| NANCY THOMAS, *et al.*, | |
| Defendants. | |

### ORDER

**NOVEMBER 20, 2020**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Plaintiff's amended complaint, Doc. 13, is **DISMISSED WITHOUT PREJUDICE**;

2. Plaintiff's motion for a preliminary injunction, Doc. 23, is **DISMISSED WITHOUT PREJUDICE**; and

3. Plaintiff shall within thirty (30) days from the date of this Order file a second amended complaint that addresses the deficiencies identified in the Court's Memorandum Opinion. Failure to comply will be deemed abandonment of this action, and Plaintiff's action will be subject to dismissal with prejudice without further warning.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge