IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FASAAD BOSKIE, | No. 4:19-CV-01369 |
| Plaintiff, | (Judge Brann) |
| v. | |
| NANCY THOMAS, *et al.*, | |
| Defendants. | |

## ORDER

**APRIL 13, 2021**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Plaintiff's second amended complaint, Doc. 34, is **DISMISSED WITH PREJUDICE**; and
2. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge